IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALFONZO WELLS, JR.,

    Plaintiff,

v.

LUCAS WINKER *et al.*,

    Defendants.

ORDER

Case No. 25-cv-1033-jdp

---

    Plaintiff Alfonzo Wells, Jr., an inmate at the Racine County Jail in Racine, Wisconsin, has filed a proposed civil action under 42 U.S.C. § 1983. Plaintiff has submitted a motion for leave to proceed *in forma pauperis*, dkt. 2, and an inmate trust fund account statement, dkt. 4. After considering the motion and supporting documentation, I conclude that plaintiff qualifies for indigent status. However, even when an inmate litigant qualifies for indigent status, the litigant must prepay a portion of the filing fee pursuant to 28 U.S.C. § 1915(b)(1).

    Using information from plaintiff's trust fund account statement, I have determined that plaintiff owes an initial partial payment in the amount of $50.64. For this case to proceed, plaintiff must submit $50.64 by January 16, 2026. Plaintiff has also filed a motion to waive prepayment of the filing fee, dkt. 3. I will deny that motion for the following reasons:

    In 28 U.S.C. § 1915(b)(1), Congress established a formula to determine how much an inmate seeking leave to proceed *in forma pauperis* must pay to file a new civil action or appeal in federal court. The statute says: "The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of — (A) the average monthly deposits to the prisoner's account; or (B) the average

monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal."

In calculating the amount that plaintiff must prepay, I used the account statement that plaintiff submitted on December 17, 2025. I determined that the average monthly deposits into his account were $253.22. Twenty percent of $253.22 is $50.64. I will deny his motion to waive prepayment of the filing fee because an initial partial payment is required by statute, and because plaintiff evidently has the means, based on near-weekly deposits into his account in amounts ranging from $20 to $100.

ORDER

IT IS ORDERED:

1. Plaintiff Alfonzo Wells, Jr. is assessed an initial partial payment of the filing fee in the amount of $50.64. On or before January 16, 2026, plaintiff must submit a check or money order payable to the clerk of court in the amount of $50.64 or advise the court in writing why he cannot make the payment.

2. Plaintiff's motion to waive the filing fee, dkt. 3, is DENIED.

3. If plaintiff fails to make the initial partial payment, or fails to show cause why he could not make the payment by January 16, then I will assume that plaintiff wishes to withdraw this action voluntarily and his case will be dismissed without prejudice to refiling.

4. No further action will be taken in this case until the court receives the initial partial payment, as directed above, and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once screening is complete, the court will issue a separate order.

Entered this 19th day of December, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge